UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY EDWARD HOFFMAN, *et al.*, | No. C-12-0198 EMC |
| Plaintiffs, | |
| v. | JUDGMENT IN A CIVIL CASE |
| THOMAS R. LLOYD, | |
| Defendant. | |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS SO ORDERED AND ADJUDGED that Judgment is entered against Defendant H & B Properties in accordance with the **ORDER ADOPTING BANKRUPTCY COURT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW filed on July 20, 2012.** The Clerk of the Court is directed to close the file in this case.

Dated: July 20, 2012                    Richard W. Wieking, Clerk

By: Betty Lee
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. HOLMAN et al,

        Plaintiff,

v.

THOMAS R. LLOYD et al,

        Defendant.

Case Number: CV12-00198 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Jeffrey Edward Hoffman
5132 N Palm Ave, Ste 103
Fresno, CA 93704

Thomas E. Carlson
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

Dated: July 20, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

2