UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JEFFREY EDWARD HOFFMAN, *et al.*,

    Plaintiffs,

    v.

THOMAS R. LLOYD,

    Defendant.
_____/

No. C-12-0198 EMC

**AMENDED JUDGMENT IN A CIVIL CASE**

    **( )** **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)** **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    IT IS SO ORDERED AND ADJUDGED that Judgment is entered in accordance with the **ORDER ADOPTING BANKRUPTCY COURT'S PROPOSED FINDINGS OF FACT AND CONCLUSIONS OF LAW filed** on July 20, 2012 as follows:

    Defendant Jeffrey Hoffman should be found liable to Plaintiff Thomas Lloyd for actual damages in regards to the Elizabeth Street and Lagunitas properties in the amount of $294,763, exemplary damages in regards to the Elizabeth Street property in the amount of $271,881, and attorneys fees in regards to the Elizabeth Street property in the amount of $275,874.

    Defendant Norcal Financial should be found jointly and severally liable with Hoffman for actual damages in regards to the Elizabeth Street property in the amount of $32,627.

Defendant Asher Robertson should be found jointly and severally liable with Hoffman for actual damages in regards to the Elizabeth Street and Lagunitas properties in the amount of $236,763.

Defendant H&B Properties should be found jointly and severally liable with Hoffman for actual damages in regards to the Lagunitas property in the amount of $204,136.

The Clerk of the Court is directed to close the file in this case.

Dated: July 26, 2012            Richard W. Wieking, Clerk

By: Betty Lee
Deputy Clerk

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JEFFREY E. HOLMAN et al,

        Plaintiff,

v.

THOMAS R. LLOYD et al,

        Defendant.

Case Number: CV12-00198 EMC

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 26, 2012, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

USBC Manager-San Francisco
United States Bankruptcy Court
235 Pine Street
P.O. Box 7341
San Francisco, CA 94120-7341

Jeffrey Edward Hoffman
5132 N Palm Ave, Ste 103
Fresno, CA 93704

Thomas E. Carlson
U.S. Bankruptcy Court
Northern District of California
P.O. Box 7341
San Francisco, CA 94120-7341

Dated: July 26, 2012

Richard W. Wieking, Clerk
By: Betty Lee, Deputy Clerk

3