IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

ANGELICA BATO,

    Defendant.
                                 /

No. CR 12-00198-1 WHA

**ORDER DENYING PROPOSED ORDER TO SEAL**

    Counsel's application to seal the ex parte declaration of counsel is denied as moot. The documents shall be returned to counsel.

**IT IS SO ORDERED.**

Dated: November 15, 2012.

                                      WILLIAM ALSUP
                                      UNITED STATES DISTRICT JUDGE