UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 04 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY HOFFMAN,<br><br>          Appellant,<br><br>v.<br><br>THOMAS R. LLOYD,<br><br>          Appellee. | No. 12-17410<br><br>D.C. No. 3:12-cv-00198-EMC<br>U.S. District Court for Northern California, San Francisco<br><br>**ORDER** |

A review of the file in this case reveals that the appellant has failed to perfect the appeal as prescribed by the Federal Rules of Appellate Procedure.

Pursuant to Ninth Circuit Rule 42-1, this appeal is dismissed for failure to pay the docketing/filing fees in this case.

This order served on the district court shall constitute the mandate of this court.

                                                    FOR THE COURT:
                                                    Molly C. Dwyer
                                                    Clerk of Court

                                                    Cyntharee K. Powells
                                                    Deputy Clerk

OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
NORTHERN DISTRICT OF CALIFORNIA

**RICHARD W. WIEKING**
**CLERK**

450 GOLDEN GATE AVENUE
SAN FRANCISCO, CA 94102
(415) 522-2000

**Jeffrey Edward Hoffman**
5132 N Palm Ave, Ste 103
Fresno, CA 93704

**SUBJECT:** **Request for Payment of Docket Fee**

Title ____Jeffrey Edward Hoffman v. Thomas Lloyd____

Case No. __C 12-198 EMC__

U.S. Court of Appeals Case No. __12-17410__

A notice of appeal was filed with this Court on __10/26/12__ and the U.S. Court of Appeals docket fee of **$455.00** has not been received. The docket fee should be forwarded to this office immediately.

A check should be made payable to **"Clerk, U.S. District Court"** and returned in the envelope provided.

Sincerely yours,

RICHARD W. WIEKING, Clerk

_____
Case Systems Administrator

cc: USCA

NDC App 5 Rev. 8-79



# USPS Express Mail — Customer Copy
## Post Office To Addressee

Label: EI 655834495 US

**ORIGIN (POSTAL SERVICE USE ONLY)**
- PO ZIP Code: 93704
- Date Accepted: 11/14/12
- Time Accepted: 4:30 (PM)
- Flat Rate or Weight: 1 lb 2 oz
- Day of Delivery: (blank)
- Scheduled Date of Delivery: 11/15
- Scheduled Time of Delivery: Noon
- Postage: $12.25
- Total Postage & Fees: $12.25

**FROM:** A. Hayes
4974 N Fresno Ct #375
Fresno CA 93726
PHONE: (blank)

**TO:** Clerk, U.S. District Court
450 Golden Gate Ave
S.F. CA
ZIP: 94102
PHONE: (415) 522-2000

FOR PICKUP OR TRACKING Visit www.usps.com — Call 1-800-222-1811



USPS.COM

Search USPS.com or Track Packages

Quick Tools | Ship a Package | Send Mail | Manage Your Mail | Shop | Business Solutions

# Track & Confirm

GET EMAIL UPDATES   PRINT DETAILS

| YOUR LABEL NUMBER | SERVICE | STATUS OF YOUR ITEM | DATE & TIME | LOCATION | FEATURES |
|---|---|---|---|---|---|
| EI655834495US | Express Mail® | Delivered | November 15, 2012, 11:46 am | SAN FRANCISCO, CA 94102 | Guaranteed By: November 15, 2012, 12:00 PM |
| | | | | | Proof of Delivery |
| | | Out for Delivery | November 15, 2012, 11:20 am | SAN FRANCISCO, CA 94131 | |
| | | Sorting Complete | November 15, 2012, 11:10 am | SAN FRANCISCO, CA 94131 | |
| | | Arrival at Post Office | November 15, 2012, 9:21 am | SAN FRANCISCO, CA 94131 | |
| | | Processed through USPS Sort Facility | November 15, 2012, 5:04 am | SAN FRANCISCO, CA 94125 | |
| | | Processed through USPS Sort Facility | November 14, 2012, 6:11 pm | FRESNO, CA 93706 | |
| | | Acceptance | November 14, 2012, 2:30 pm | FRESNO, CA 93704 | |

## Check on Another Item

What's your label (or receipt) number?

[                      ]  Find

LEGAL
Privacy Policy ›
Terms of Use ›
FOIA ›
No FEAR Act EEO Data ›

ON USPS.COM
Government Services ›
Buy Stamps & Shop ›
Print a Label with Postage ›
Customer Service ›
Site Index ›

ON ABOUT.USPS.COM
About USPS Home ›
Newsroom ›
Mail Service Updates ›
Forms & Publications ›
Careers ›

OTHER USPS SITES
Business Customer Gateway ›
Postal Inspectors ›
Inspector General ›
Postal Explorer ›

Copyright© 2012 USPS. All Rights Reserved.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 29 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JEFFREY HOFFMAN,<br><br>        Appellant,<br><br>v.<br><br>THOMAS R. LLOYD,<br><br>        Appellee. | No. 12-17410<br><br>D.C. No. 3:12-cv-00198-EMC<br>U.S. District Court for Alaska,<br>Anchorage<br><br>**TIME SCHEDULE ORDER** |

The parties shall meet the following time schedule.

If there were reported hearings, the parties shall designate and, if necessary, cross-designate the transcripts pursuant to 9th Cir. R. 10-3.1. If there were no reported hearings, the transcript deadlines do not apply.

| | |
|---|---|
| **Mon., November 26, 2012** | Transcript shall be ordered. |
| **Wed., December 26, 2012** | Transcript shall be filed by court reporter. |
| **Mon., February 4, 2013** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Tue., March 5, 2013** | Appellee's answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellee's brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**