FILED

APR 24 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JEFFREY HOFFMAN,<br><br>            Appellant,<br><br> v.<br><br>THOMAS R. LLOYD,<br><br>            Appellee. | No. 12-17410<br><br>D.C. No. 3:12-cv-00198-EMC<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: TROTT and NGUYEN, Circuit Judges.

Appellant's motion to reinstate this appeal is granted. The docket reflects that the filing and docketing fees have been paid. This appeal is reinstated.

Appellant's motion for appointment of counsel is denied. No motions for reconsideration, clarification, or modification of this denial shall be filed or entertained.

The briefing schedule shall proceed as follows: the opening brief is due June 3, 2013; the answering brief is due July 3, 2013; and the optional reply brief is due within 14 days after service of the answering brief.

Because appellant is proceeding without counsel, the excerpts of record requirement is waived. *See* 9th Cir. R. 30-1.2. Appellee's supplemental excerpts

AT/MOATT

of record are limited to the district court docket sheet, the notice of appeal, the judgment or order appealed from, and any specific portions of the record cited in appellee's brief.  *See* 9th Cir. R. 30-1.7.